UNITED DISTRICT COURT FOR THE DISTRICT OF MARYLAND

FEB 5 2001

| | |
|---|---|
| WINGS TO GO, INC.               ) | |
| )                                          | |
| Plaintiff,            ) | |
| )                                          | Civil Action No. <u>AMD00-CV-3327</u> |
| v.                                      ) | |
| )                                          | |
| DARREN F. GARVIN           ) | |
| )                                          | |

## VOLUNTARY STIPULATION OF DISMISSAL OF SUIT

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a), the Plaintiff Wings To Go, Inc. hereby dismisses the above-captioned suit, with prejudice, due to settlement. As indicated by the signatures below, all parties who have appeared in the action stipulate to this dismissal.

December 22, 2000

Respectfully submitted,

_____
David H. Dickieson, Esquire
BUCHANAN INGERSOLL, P.C.
1776 K. Street, N.W., Suite 800
Washington, D.C. 20006-2365
(202) 452-7975
*Counsel for Wings To Go, Inc.*

FILED LODGED ENTERED RECEIVED
FEB 06 2001
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

Seen and agreed:

_____
O. James Shuck, Esquire
1328 Cape Street, Claire Road
Annapolis, MD 21401
(410) 974-4343
*Counsel for Darrin F. Garvin*

APPROVED
[signature]
2/6/2001